IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00313-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.9.122.61,

    Defendant.

## ORDER

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe filed June 20, 2013 (ECF No. 16), it is

ORDERED that the Defendant John Doe, subscriber assigned IP address 24.9.122.61, is **DISMISSED WITH PREJUDICE**, and this case is **TERMINATED**.

    Dated:  June 20, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge